UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MCLAUGHLIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CASTRO, et al,<br><br>　　　　　Defendant(s). | **1:17-cv-01597-DAD-JLT (PC)**<br><br>**ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>**(Doc. 14)**<br><br>**THIRTY-DAY DEADLINE** |

On March 15, 2019, Plaintiff filed a motion to extend time to file an amended complaint. Good cause appearing, the Court GRANTS plaintiff's motion. Plaintiff shall file his amended pleading within thirty days from the date of this order.

IT IS SO ORDERED.

　　Dated:　**March 21, 2019**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1