1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    MARTIN McLAUGHLIN,                    CASE NO. 1:17-cv-1597-DAD-JLT (PC)

12                 Plaintiff,
                                            **ORDER LIFTING STAY**
13         v.

14    J. CASTRO, et al.,                    (Doc. 26)

15                 Defendants.

16

17          Defendants recently opted out of the Court's Post-Screening ADR Project.  (Doc. 28.)

18    Accordingly, the Court **ORDERS**:

19          1.      the stay is **LIFTED**; and

20          2.      the Clerk of the Court is directed to issue a Discovery and Scheduling Order.

21
      IT IS SO ORDERED.
22

23       Dated:   **June 30, 2020**              _____/s/ Jennifer L. Thurston_
                                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28