UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN McLAUGHLIN,<br><br>        Plaintiff,<br><br>   v.<br><br>J. CASTRO, et al.,<br><br>        Defendants. | CASE NO. 1:17-cv-1597-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**<br><br>(Doc. 32) |

    Plaintiff moves to compel defendants to respond to his requests for production of documents. Plaintiff contends that he propounded his discovery requests on July 1, 2020, but he has not yet received defendants' responses. In their opposition to the motion to compel, defendants submit evidence that they timely responded to the requests. They have also included a second copy of their responses to plaintiff with their opposition. Accordingly, the Court **DENIES** plaintiff's motion to compel.

IT IS SO ORDERED.

    Dated: **October 13, 2020**                  **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE