IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN MCLAUGHLIN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. CASTRO, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 1:17-cv-01597 DAD JLT (PC)<br><br>**[PROPOSED] ORDER GRANTING STAY OF MERITS-BASED DISCOVERY PENDING DETERMINATION OF THE MOTION FOR SUMMARY JUDGMENT RE EXHAUSTION**<br><br>**(Doc. 36)** |

　　Good cause appearing, the Court stays all merits-based discovery pending resolution of Defendants' motion for summary judgment on the issue of exhaustion. (Doc. 33.) The Court also vacates the discovery deadline and the dispositive motion deadline in its Discovery and Scheduling Order. (Doc. 31.) The Court will issue an amended Discovery and Scheduling Order, along with new discovery and dispositive-motion deadlines, as needed.

IT IS SO ORDERED.

　　Dated: __**October 30, 2020**__　　　　　　　___**/s/ Jennifer L. Thurston**___
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE